**ORIGINAL**

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN C. BRANAGAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel: (212) 637-2804
Fax: (212) 637-2750

```
┌─────────────────────────────┐
│ USDS SDNY                    │
│ DOCUMENT                     │
│ ELECTRONICALLY FILED         │
│ DOC #: _____          │
│ DATE FILED: 4/29/08          │
└─────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - -x
ROSE MENDOZA,                     :
                                  :
              Plaintiff,          :
                                  :
         - v. -                   :
                                  :        STIPULATION AND ORDER
                                  :        08 Civ. 1921 (JGK)
                                  :
MICHAEL J. ASTRUE,                :
Commissioner of                   :
Social Security,                  :
                                  :
              Defendant.          :
                                  :
- - - - - - - - - - - - - - - x


        IT IS HEREBY STIPULATED AND AGREED, by and between the

attorney for the defendant and the plaintiff pro se, that the

defendant's time to answer or move with respect to the complaint

in the above-captioned action is extended from May 6, 2008 to

and including July 7, 2008.  This extension is requested because

the administrative record has not yet been received by

the defendant's counsel.  No previous extension has been

requested in this case.

Dated: New York, New York
       April 14, 2008

                                  ROSE MENDOZA
                                  Plaintiff Pro Se
                                  785 Courtlandt Avenue
                                  Apt. #15G
                                  Bronx, New York 10451
                                  Telephone No. (646)709-9894

                                  MICHAEL J. GARCIA
                                  United States Attorney for the
                                  Southern District of New York
                                  Attorney for Defendant

By: SUSAN C. BRANAGAN
                                  Assistant United States Attorney
                                  86 Chambers Street, 3rd Floor
                                  New York, New York   10007
                                  Telephone No.: (212) 637-2804
                                  Susan Branagan@usdoj.gov

SO ORDERED:

UNITED STATES DISTRICT JUDGE

4/28/08