```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROSE MENDOZA,

                Plaintiff,

    -against-

MICHAEL J. ASTRUE, Commissioner
of Social Security,

                Defendant.
------------------------------------------------------------X

08 civ 1921 (JGK)

**ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

The Government shall move for judgment on the pleadings by **September 15, 2008.**

The plaintiff shall serve and file a response by **October 3, 2008.** The Government shall serve and file a reply by **October 17, 2008.**

**SO ORDERED.**

_____
JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       August 15, 2008